IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17MJ352 |
| vs. | ORDER |
| EDGAR NAVARRO-AGUIRRE, | |
| Defendant. | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Karen C. Hicks, as a Criminal Justice Act Training Panel Member, to assist in the defense of Edgar Navarro Aguire.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Karen C. Hicks is hereby assigned to assist AFPD Michael J. Hansen in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Karen C. Hicks shall not be eligible to receive compensation for his services in this case.

AFPD Michael J. Hansen shall continue to be primary counsel on behalf of the Defendant, Edgar Navarro Aguirre.

Dated this 13th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge